IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELTON MERRILL and**                                                     **PLAINTIFFS**
**JARED GATES**

v.                      **CASE NO. 4:19-CV-00435-BSM**

**BENZOMATIC, INC.,** *et al.*                                               **DEFENDANTS**

## ORDER

Plaintiffs' motion to dismiss [Doc. No. 26] is granted. This case is dismissed without prejudice, with each party bearing its own costs and fees. Fed. R. Civ. P. 41.

IT IS SO ORDERED this 15th day of October, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE