IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELTON MERRILL and**                                                      **PLAINTIFFS**
**JARED GATES**

v.                  **CASE NO. 4:19-CV-00435-BSM**

**BENZOMATIC, INC.,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of October, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE